1 | SEYFARTH SHAW LLP
Joshua A. Rodine, SBN 237774
2 | jrodine@seyfarth.com
2029 Century Park East, Suite 3500
3 | Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
4 | Facsimile:  (310) 201-5219

5 | SEYFARTH SHAW LLP
Justin T. Curley, SBN 233287
6 | jcurley@seyfarth.com
Elizabeth J. MacGregor, SBN 267326
7 | emacgregor@seyfarth.com
560 Mission Street, 31st Floor
8 | San Francisco, California 94105
Telephone:  (415) 397-2823
9 | Facsimile:  (415) 397-8549

10 | Attorneys for Defendant
DNC PARKS & RESORTS AT SEQUOIA, INC.

11 | WAGNER, JONES, KOPFMAN & ARTENIAN LLP
12 | Nicholas Wagner, SBN 109455
Andrew B. Jones, SBN 076915
13 | Daniel Kopfman, SBN 192191
Lawrence Artenian, SBN 103367
14 | 1111 East Herndon, Suite 317
Fresno, California 93720
15 | Telephone:  (559) 449-1800
Facsimile:  (559) 449-0749
16
Attorneys for Plaintiffs
17 | MARTIN KORNDOBLER, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARTIN KORNDOBLER, STEPHAN ERNST, MATT MILLER, CHRISTOPHER CRUZ, AND GREGORY CHANEY, | Case No. 1:15-cv-459-LJO-SKO |
|---|---|
| Plaintiffs, | **JOINT STIPULATION TO STRIKE CALIFORNIA LABOR CODE SECTION 1194 OVERTIME ALLEGATIONS FROM SECOND AMENDED COMPLAINT; ORDER ON STIPULATION** |
| v. | |
| DNC PARKS & RESORTS AT SEQUOIA; and DOES 1 to 100, inclusive, | Complaint Filed:  March 25, 2015 |
| Defendants. | SAC Filed:  July 1, 2015 |
| | Trial Date:  None Set |

**JOINT STIP. TO STRIKE CALIFORNIA OVERTIME ALLEGATIONS / CASE NO. 1:15-cv-459**

On July 24, 2015, Defendant DNC PARKS & RESORTS AT SEQUOIA, INC. filed a Motion to Dismiss Plaintiffs' Overtime Claim Pursuant to Cal. Labor Code Section 1194; to Dismiss or Strike Plaintiffs' Allegations of Willfulness; and to Dismiss Plaintiffs' FLSA Claims as to Plaintiff Martin Korndobler. The Parties have since met and conferred on the issue of Plaintiffs' overtime claim pursuant to California Labor Code section 1194, as relates to Defendant's Motion, and agree that Plaintiffs will not seek any overtime pursuant to California Labor Code section 1194. As such, the Parties agree to strike paragraph 60 and the words "and overtime" and "overtime" from paragraphs 59 and 61-63 from the Second Amended Complaint ("SAC"). The Parties further stipulate and agree that Plaintiffs are not seeking the payment of overtime wages pursuant to California Labor Code section 1194 and are only seeking allegedly unpaid overtime wages pursuant to the FLSA.

DATED: August 6, 2015                    SEYFARTH SHAW LLP


                                         By:  /s/ *Justin Curley*
                                                    Justin T. Curley

                                         Attorneys for Defendant
                                         DNC PARKS & RESORTS AT
                                         SEQUOIA, INC.

DATED: August 6, 2015                    WAGNER, JONES, KOPFMAN &
                                         ARTENIAN LLP


                                         By:  /s/ *Daniel Kopfman*
                                                    Daniel Kopfman

                                         Attorneys for Plaintiffs
                                         MARTIN KORNDOBLER, et al.

## [PROPOSED] ORDER

Pursuant to the joint stipulation of the Parties, it is hereby ordered that any claim for allegedly unpaid overtime wages that Plaintiffs may have pursued under California Labor Code section 1194 is dismissed from this action, with prejudice. The Court strikes all allegations related to unpaid overtime wages pursuant to California Labor Code section 1194 from Plaintiffs' Second Amended Complaint, including those agreed to by the Parties in their Joint Stipulation to Strike California Overtime Allegations Pursuant to Cal. Labor Code section 1194 From Second Amended Complaint. Plaintiffs' claims for allegedly unpaid overtime wages in this action are limited to those claims arising under the federal Fair Labor Standards Act (FLSA).

**IT IS SO ORDERED**
**Dated: August 6, 2015**

/s/ Lawrence J. O'Neill
**United States District Judge**