SEYFARTH SHAW LLP
Joshua A. Rodine, SBN 237774
jrodine@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:     (310) 277-7200
Facsimile:     (310) 201-5219

SEYFARTH SHAW LLP
Justin T. Curley, SBN 233287
jcurley@seyfarth.com
Elizabeth J. MacGregor, SBN 267326
emacgregor@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
DNC PARKS & RESORTS AT SEQUOIA, INC.

WAGNER, JONES, KOPFMAN & ARTENIAN LLP
Nicholas Wagner, SBN 109455
Andrew B. Jones, SBN 076915
Daniel Kopfman, SBN 192191
Lawrence Artenian, SBN 103367
1111 East Herndon, Suite 317
Fresno, California 93720
Telephone:     (559) 449-1800
Facsimile:     (559) 449-0749

Attorneys for Plaintiffs
MARTIN KORNDOBLER, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN KORNDOBLER, STEPHAN ERNST, MATT MILLER, CHRISTOPHER CRUZ, AND GREGORY CHANEY,<br><br>           Plaintiffs,<br><br>      v.<br><br>DNC PARKS & RESORTS AT SEQUOIA; and DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No. 1:15-cv-459-LJO-SKO<br><br>**JOINT STIPULATION TO VACATE MID-DISCOVERY STATUS CONFERENCE; ORDER ON STATUS CONFERENCE**<br><br>Complaint Filed:   March 25, 2015<br>SAC Filed:         July 1, 2015<br>Trial Date:        June 6, 2017 |

**JOINT STIP. TO VACATE MID-DISCOVERY CONFERENCE / CASE NO. 1:15-cv-459**

On April 15, 2016, the Parties met and conferred regarding the mid-discovery status conference, currently scheduled for April 26, 2016.  The Parties have been cooperating in the discovery process and discovery is proceeding in a reasonable manner.  The Parties therefore believe that a mid-discovery status conference is unnecessary and request that the Court vacate the mid-discovery status conference, in accordance with the Court's Scheduling Order (Dkt. 39, 4:5-6).

DATED: April 15, 2016                                   SEYFARTH SHAW LLP


                                                        By:     */s/ Justin Curley*
                                                                    Justin T. Curley

                                                        Attorneys for Defendant
                                                        DNC PARKS & RESORTS AT
                                                        SEQUOIA, INC.

DATED: April 15, 2016                                   WAGNER, JONES, KOPFMAN &
                                                        ARTENIAN LLP


                                                        By:     */s/ Daniel Kopfman*
                                                                    Daniel Kopfman

                                                        Attorneys for Plaintiffs
                                                        MARTIN KORNDOBLER, et al.

## **ORDER**

Pursuant to the joint stipulation of the Parties, the mid-discovery status conference, scheduled for April 26, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated:   **April 18, 2016**                             **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE