SEYFARTH SHAW LLP
Joshua A. Rodine, SBN 237774
jrodine@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:     (310) 277-7200
Facsimile:     (310) 201-5219

SEYFARTH SHAW LLP
Justin T. Curley, SBN 233287
jcurley@seyfarth.com
Elizabeth J. MacGregor, SBN 267326
emacgregor@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
DNC PARKS & RESORTS AT SEQUOIA, INC.

WAGNER, JONES, KOPFMAN & ARTENIAN LLP
Nicholas Wagner, SBN 109455
Andrew B. Jones, SBN 076915
Daniel Kopfman, SBN 192191
Lawrence Artenian, SBN 103367
1111 East Herndon, Suite 317
Fresno, California 93720
Telephone:     (559) 449-1800
Facsimile:     (559) 449-0749

Attorneys for Plaintiffs
MARTIN KORNDOBLER, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN KORNDOBLER, STEPHAN ERNST, MATT MILLER, CHRISTOPHER CRUZ, AND GREGORY CHANEY, <br><br> Plaintiffs, <br><br> v. <br><br> DNC PARKS & RESORTS AT SEQUOIA; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 1:15-cv-459-LJO-SKO <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE DISMISSAL** <br><br> Complaint Filed:   March 25, 2015 <br> SAC Filed:   July 1, 2015 <br> Trial Date:   None Set |

Pursuant to E.D. Cal. Local Rule 160(b), Plaintiffs Martin Korndobler, Stephan Ernst, Matt Miller, Christopher Cruz, and Gregory Chaney ("Plaintiffs"), and Defendant DNC Parks & Resorts at Sequoia, Inc. ("Delaware North") (collectively, the "Parties"), respectfully request that the Court extend the deadline to file the appropriate papers to dismiss this action three weeks to April 17, 2017.

On February 24, 2017, Plaintiffs notified the Court of the Parties' settlement of this matter. *See* Dkt. No. 49. On February 27, 2017, in response to Plaintiffs' Notice of Settlement, the Court ordered the Parties to file the appropriate dismissal documents by March 27, 2017. *See* Dkt. No. 50. Since that time, the Parties have diligently finalized the terms of a settlement agreement and release of claims. The settlement agreement has been mailed to all five Plaintiffs for review and signature, however several Plaintiffs have yet to return a signed copy of the settlement agreement, due in part to the remote location where they live and work.

As such, because the terms of the settlement agreement have been finalized and the Parties are simply waiting for the signatures of several of the five Plaintiffs who live and work in a remote location, good cause exists for the Court to extend the deadline to file the appropriate papers to dismiss this action. In addition, the requested extension would not delay these proceedings, nor cause harm or prejudice to the Parties or their counsel because all pending dates in this matter have been vacated by this Court. *See* Dkt. No. 50.

Based on the foregoing, the Parties respectfully request that the Court extend the deadline for the Parties to file dismissal documents to conclude this action three weeks to April 17, 2017.

DATED: March 27, 2017                                    SEYFARTH SHAW LLP


By:  _____/s/ Justin Curley_____
                                                 Justin T. Curley

                                        Attorneys for Defendant
                                        DNC PARKS & RESORTS AT
                                        SEQUOIA, INC.

2

DATED: March 27, 2017                                WAGNER, JONES, KOPFMAN &
                                                     ARTENIAN LLP

                                          By:          */s/ Daniel Kopfman as*
                                                     *authorized on March 27, 2017*
                                                          Daniel Kopfman

                                                     Attorneys for Plaintiffs
                                                     MARTIN KORNDOBLER, et al.


I, Justin Curley, attest that concurrence in the filing of this stipulation has been obtained from the signatory Daniel Kopfman, counsel for Plaintiffs.

        /s/ Justin T. Curley
Justin T. Curley

### ORDER

Pursuant to the above-stipulation of the Parties (Doc. 51), and good cause appearing, the Parties are hereby ORDERED to file appropriate papers to dismiss this action in its entirety on or before April 17, 2017.

IT IS SO ORDERED.

Dated:   **March 31, 2017**                                    /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE