# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN KORNDOBLER, et al., | Case No. 1:15-cv-00459-LJO-SKO |
| Plaintiffs, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 57)** |
| DNC PARKS & RESORTS AT SEQUOIA, | |
| Defendant. | |

On May 30, 2017, the parties filed a joint Rule 41(a)(1)(A)(ii) Stipulated Dismissal of Entire Action with Prejudice (the "Stipulation"), in which the parties notify the Court that "Plaintiffs voluntarily dismiss this action in its entirety with prejudice as to all claims, causes of action, and parties." (Doc. 57.) The Stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) As such, Plaintiffs have voluntarily dismissed this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 31, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE